**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARGARET BURKETT,

       Plaintiff,                          CASE NO. 07-10124

-vs-                                        PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

RYAN MICHAELSON, and
WILLOWBROOK MANOR,

       Defendants.
_____/

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S**
**REQUEST FOR APPOINTMENT OF COUNSEL**

      Having considered the application for appointment of counsel under 28 U.S.C. § 1915(e),

IT IS ORDERED that the application is DENIED without prejudice.

      **SO ORDERED**.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: January 29, 2007

                          CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 29, 2007.

                                              s/Denise Goodine
                                             Case Manager